# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana

In re: EARLENE DOUGLAS
(Debtor)

Case No.
Chapter   7

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby certifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: _05/30/15_

_____
EARLENE DOUGLAS
Signature of Debtor

Date: _____

_____
Signature of Co-Debtor

AMERICAN EXPRESS
ATTN: BANKRUPTCY DEPT
P.O. BOX 0001
LOS ANGELES, CA 90096-8000


CHASE
ATTN: BANKRUPTCY DEPT
P.O. BOX 9001871
LOUISVILLE, KY  40290


INTERNAL REVENUE SERV.
C/O U.S. ATTORNEY
5400 FED PLAZA STE 1500
HAMMOND, IN  46320

DEPT OF TREASURY
INTERNAL REVENUE SERV.
KANSAS CITY, MO 64999